# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>Teela Moore Hendrix | )<br>)<br>)<br>) Case No: 1:19-cr-139<br>) USM No: |
| Date of Original Judgment: 04/14/2021<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>) Pro Se<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Although Defendant is a "zero-point" offender under U.S.S.G. 4C1.1(a)(1), she does not meet all the criteria set forth in U.S.S.G. 4C1.1(a) necessary to receive a two-level downward adjustment to her guidelines. Namely, Defendant was convicted of a "sex offense" and therefore is ineligible for a sentence reduction in connection with Amendment 821. As a result, her guidelines remain the same, and the Court will DENY her motions to reduce her sentence. (Docs. 157, 159).

Except as otherwise provided, all provisions of the judgment dated 04/14/2021 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/14/2025

/s/ Travis R. McDonough
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Travis R. McDonough, U.S. Dist. Judge
*Printed name and title*